IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY JOE McGOOGAN                                                      PLAINTIFF
ADC #147267

VS.                                  1:17-CV-00026-BRW

ALLEN COCKRAN, *et al*.                                                 DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice. I certify than an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith. Dismissal of this case constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 25th day of September, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE